FILED

01/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0671

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0671

_____

IN RE THE MARRIAGE OF:

SHERRI L. FROST,

      Petitioner and Appellant,

  and

KEVIN ROY FROST,

      Respondent, Appellee,
      and Cross-Appellant,

  with

FROST LIMITED PARTNERSHIP,

      Respondent, Appellee,
      and Cross-Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Howard F. Recht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 17 2024